# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00086-CV

**Jerry C. Johnson and Jacob Johnson, Appellants**

**v.**

**State Farm Mutual Automobile Insurance Company and
State Farm Fire and Casualty Company, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. D-1-GN-14-002961, HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On March 24, 2016, we abated this appeal pending resolution of appellees' motion for new trial in the trial court. The parties have filed a Joint Agreed Status Report informing this Court that the trial court has heard the motion for new trial, has granted it in part and denied it in part, and intends to issue an order incorporating its ruling and amending it prior final judgment. The parties seek an extension of the abatement for thirty days pending issuance of the trial court's order and amended judgment.

Accordingly, we abate this appeal for 30 days from the date of this order or until further order of this Court. *See* Tex. R. App. P. 27.1. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, this appeal will be automatically

reinstated on May 18, 2016. Appellants are directed to file either a status report or a motion to dismiss by that date.

Before Justices Puryear, Goodwin, and Field

Abated

Filed: April 18, 2016